IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONORIO DOROTEO-GUTIERREZ,<br><br>Defendant. | 8:16MJ247<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Motion of the United States (Filing No. 14), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against Onorio Doroteo-Gutierrez.

**IT IS ORDERED** that the Motion to Dismiss the Complaint (Filing No. 14) is granted.

Dated this 18th day of October, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge